IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL PARKER                                                                                           PLAINTIFF

vs.                                         Civil No. 6:20-cv-06090

COMMISSIONER,                                                                                        DEFENDANT
SOCIAL SECURITY ADMINISTRATION

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Pending now before the Court is Plaintiff's Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) for Consideration of New and Material Evidence.  ECF No. 25.  Defendant has responded to this Motion and requests it be denied as not ripe.  ECF No. 27.  Plaintiff filed this Complaint on August 26, 2020, Plaintiff's appeal brief was filed on July 1, 2021, and Defendant's appeal brief is not due until September 2, 2021.  At this time, this case has not been fully briefed by the Parties, and the Court is unable to make a determination as to whether Plaintiff's case should be reversed and remanded.  Accordingly, the Court recommends Plaintiff's Motion (ECF No. 25) be **DENIED** as not ripe.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.  See *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 11th day of August 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE