IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL PARKER                                                                                          PLAINTIFF

v.                                          Case No. 6:20-cv-06090

SOCIAL SECURITY ADMINISTRATION COMMISSIONER                      DEFENDANT

### ORDER

Now before the Court is the Report and Recommendation filed August 11, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 30).  Plaintiff filed a Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) for Consideration of New and Material Evidence.  (ECF No. 25).  Judge Bryant recommended that this motion be denied as not ripe.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*.  Accordingly, it is **ORDERED** that Plaintiff's motion (ECF No. 25) is **DENIED**.

**IT IS SO ORDERED** this 26th day of August 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**