IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL PARKER                                                                                    PLAINTIFF

v.                                         Case No. 6:20-cv-06090

SOCIAL SECURITY ADMINISTRATION COMMISSIONER                    DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed September 23, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommended that this case be reversed and remanded because the denial of Plaintiff's benefits was not supported by substantial evidence.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's case is **REVERSED AND REMANDED.**

 **IT IS SO ORDERED** this 13th day of October 2021.


/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**